# United States Bankruptcy Court
## Western District of Oklahoma

In re **James D Russell**
Debtor(s)

Case No. **23-12176**
Chapter **13**

## DEBTOR JAMES RUSSELL'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS FOR NONFEASIBILITY

Comes now, James Russell, Debtor, and, through counsel, responds to the Chapter 13 Trustee's Motion to Dismiss for Nonfeasibility, no. 39 on the case docket.

1. The Debtor's mortgage company, CMG Mortgage, notified the Court of an increase in Debtor's ongoing monthly mortgage payment from $2,878.48 to $3,151.69 per month.

2. As a result of the increase in the Debtor's ongoing monthly mortgage payment, which is scheduled for payment through the Debtor's confirmed Chapter 13 plan, the plan term is scheduled to run for a term of 78 months in violation of Section 1322(d).

3. However, the Debtor is both willing and able to modify his Chapter 13 plan payment so as to increase it and thereby complete the plan within the applicable commitment period of 60 months. And indeed he intends to file a motion to do so promptly.

Respectfully submitted this 17th day of September, 2025 by:
**/s/ Alex Hilton III**
Attorney for Debtor(s)
Hilton Law Firm, LLC
6440 Avondale Dr., Ste. 201
Oklahoma City, OK 73116
405 418 7876 | Fax: 405 260 9711
AEHiltonLaw@gmail.com

## CERTIFICATE OR AFFIDAVIT OF MAILING

I, Alex Hilton III, hereby certify that on Setpember 17, 2025, a true and correct copy of the Debtor James Russell's Response to Trustee's Motion to Dismiss for Nonfeasibility, no. 40 on the case docket, was served electronically by CM/ECF upon the following interested parties:

John T. Hardeman    13trustee@chp13okc.com, trustee@chp13okc.com

Matthew J. Hudspeth    mhudspeth@baertimberlake.com, bmyers@baertimberlake.com; bmyers@ecf.courtdrive.com

John W. Mee    jwm3@mhgclaw.com, lpierce@meehoge.com

United States Trustee    Ustpregion20.oc.ecf@usdoj.gov

I, Alex Hilton III, further certify that on September 17, 2025, a true and correct copy of the Debtor James Russell's Response to Trustee's Motion to Dismiss for Nonfeasibility, no. 40 on the case docket, was served by US Mail, first class, postage prepaid, on the following:

James Russell
5689 Lamar Circle
Norman, OK 73072