**Dated: September 29, 2025**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | |
| **James D. Russell,** | Case No. 23-12176-JDL <br> Chapter 13 |
| Debtor. | |

**Agreed Order Resolving Motion to Dismiss**

The Trustee's *Motion to Dismiss Case for Nonfeasibility* [Doc. #39] has come before the Court. The motion was served on all parties-in-interest on September 3, 2025, pursuant to Local Rule 9007-1; and the time for responses expired on September 17, 2025. The Debtor timely filed a response. No other responses have been filed; therefore, the granting of the requested relief is appropriate. The parties announce that they have reached an agreement to resolve the Motion.

IT IS HEREBY ORDERED that the plan is treated as current through September 2025; and the plan payment shall increase to $4,642 beginning with the October 2025 plan payment.

All findings of fact are based on the representation of counsel for the Trustee. The Debtor's counsel will effectuate service of this order on all interested parties.

### 

Approved for entry:
s/David S. Burge
David S. Burge, OBA # 31505
321 Dean A. McGee
P.O. Box 1948
Oklahoma City, OK  73101-1948
13trustee@chp13okc.com
(405) 236-4843
(405) 236-1004 (fax)
Attorney for Trustee

s/Alex Hilton III
Alex Hilton III, OBA # 33909
Hilton Law Firm, LLC
6640 Avondale Drive, Ste. 201
Oklahoma City, OK 73116
(405) 418-7876
Fax (405) 260-9711
Attorney for Debtor